UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

JAMES R. MUENCH, JR.,

            Defendant.

_____

25-MJ-94-HKS

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Supervisory Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Supervisory Assistant Federal Public Defender Brian P. Comerford, dated July 29, 2025 |
| **RELIEF REQUESTED:** | Adjournment of Rule 48(b) Date. |
| **DATED:** | Buffalo, New York, July 29, 2025 |

**/s/  Brian P. Comerford**
Brian P. Comerford
Supervisory Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant*

TO:    Franz M. Wright
         Assistant United States Attorney
         Western District of New York
         138 Delaware Avenue, Federal Centre
         Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25-MJ-94-HKS |
| v. | **AFFIRMATION** |
| JAMES R. MUENCH, JR., | |
| Defendant. | |

_____

**BRIAN P. COMERFORD,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, James R. Muench, Jr.

2. This case is scheduled for a Rule 48(b) date on August 15, 2025.

3. I respectfully request that the Court adjourn this date for approximately 60 days. I recently took this case over from AFPD Frank Passafiume. I spoke with AUSA Franz Wright today and he indicated that the Government is in the process of providing discovery. I need time to review this discovery and meet with Mr. Muench to discuss the case and answer any questions he has. We will also use this time to discuss any possible pre-indictment resolution options.

4. I have discussed this request with Assistant U.S. Attorney Franz Wright and he has indicated that the Government has no objection.

5. We agree that the intervening time should be excluded under the Speedy Trial Act.

**DATED**:        Buffalo, New York, July 29, 2025

                                        Respectfully submitted,

**/s/ Brian P. Comerford**
Brian P. Comerford
Supervisory Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant*

**TO:**   Franz M. Wright
Assistant United States Attorney
Western District of New York
138 Delaware Avenue, Federal Centre
Buffalo, New York 14202

2