UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        v.

JAMES R. MUENCH, JR.,

            Defendant.

---

**25-MJ-94-HKS**

**NOTICE OF MOTION**

| | |
|---|---|
| **MOTION BY:** | Brian P. Comerford, Supervisory Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Supervisory Assistant Federal Public Defender Brian P. Comerford, dated October 6, 2025 |
| **RELIEF REQUESTED:** | Adjournment of Rule 48(b) Date for 60 Days. |
| **DATED:** | Buffalo, New York, October 6, 2025 |

**/s/  Brian P. Comerford**
Brian P. Comerford
Supervisory Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant*

**TO:**   Franz M. Wright
         Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                                          **25-MJ-94-HKS**

              v.

                                                 **AFFIRMATION**

JAMES R. MUENCH, JR.,

                     Defendant.

_____

      **BRIAN P. COMERFORD,** affirms under penalty of perjury that:


1.      I represent the defendant, James R. Muench, Jr.

2.      This case is scheduled for a Rule 48(b) date on October 17, 2025.

3.      I respectfully request that the Court adjourn the Rule 48(b) date for approximately 60 days.  I need this time to continue reviewing the medical and mental health records for Mr. Muench and request any additional records.  I also need this time to retain and consult with a mental health expert concerning Mr. Muench's case.

4.      I have discussed this request with Assistant U.S. Attorney Franz Wright, and he has indicated that the Government has no objection.

5.      For all of these reasons, I respectfully request that the Court adjourn the Rule 48(b) date for sixty (60) days.

6.      We agree that the intervening time should be excluded under the Speedy Trial

Act.

**DATED**:        Buffalo, New York, October 6, 2025

Respectfully submitted,

**/s/  Brian P. Comerford**
Brian P. Comerford
Supervisory Assistant Federal Public Defender
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 (Fax)
brian_comerford@fd.org
*Counsel for Defendant*

**TO:**    Franz M. Wright
        Assistant United States Attorney